Case 04-74073   Doc 25   Filed 11/05/07   Entered 11/05/07 11:23:42   Desc Main
                          Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL C. DAVIS & LINDA S. DAVIS  
622 EAST FRANKLIN STREET  
LANARK, IL  61046

SSN-xxx-xx-3494 & xxx-xx-5439

Case Number: 04-74073

Case filed on: 8/13/2004  
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $47,016.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,194.00 | 1,194.00 | 1,194.00 | 0.00 |
|  | Total Legal | 1,194.00 | 1,194.00 | 1,194.00 | 0.00 |
| 003 | SELECT PORTFOLIO SERVICING, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL C. DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SELECT PORTFOLIO SERVICING a/ka/ | 250.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 250.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 954.91 | 954.91 | 545.36 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 15,321.20 | 15,321.20 | 8,749.95 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 4,762.24 | 4,762.24 | 2,719.72 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 4,822.72 | 4,822.72 | 2,754.26 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 1,101.76 | 1,101.76 | 629.21 | 0.00 |
| 012 | CITIFINANCIAL MORTGAGE COMPANY | 721.85 | 721.85 | 412.25 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 9,876.35 | 9,876.35 | 5,640.39 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 10,329.54 | 10,329.54 | 5,899.21 | 0.00 |
| 015 | CFNA / AUTO PASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 15,056.97 | 15,056.97 | 8,599.05 | 0.00 |
| 017 | HOUSEHOLD FINANCE CORPORATION III | 3,212.64 | 3,212.64 | 1,834.75 | 0.00 |
| 018 | JEANETTE DAVIS | 6,500.00 | 6,500.00 | 3,712.16 | 0.00 |
| 019 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RADIO SHACK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS BANKRUPTCY SERVICE | 842.65 | 842.65 | 481.24 | 0.00 |
| 022 | MILITARY STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,317.29 | 1,317.29 | 752.30 | 0.00 |
|  | Total Unsecured | 74,820.12 | 74,820.12 | 42,729.85 | 0.00 |
|  | Grand Total: | 76,264.12 | 76,014.12 | 43,923.85 | 0.00 |

Total Paid Claimant:   $43,923.85  
Trustee Allowance:     $3,092.15  
Percent Paid Unsecured:   57.11

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer       
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  <u>11/01/2007</u>          By  <u>/s/Heather M. Fagan</u>